ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Assured Information Security, Inc. | ) ASBCA No. 62729 |
| | ) |
| Under Contract No. FA8750-12-D-0002 *et al.* | ) |

APPEARANCES FOR THE APPELLANT:         Skye Mathieson, Esq.
                                       Stephen J. McBrady, Esq.
                                         Crowell & Moring LLP
                                         Washington, DC

APPEARANCES FOR THE GOVERNMENT:        Arthur M. Taylor, Esq.
                                         DCMA Chief Trial Attorney
                                       Evan Georgopoulos, Esq.
                                         Trial Attorney
                                         Defense Contract Management Agency
                                         Hanscom Air Force Base, MA

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: August 4, 2022

RICHARD SHACKLEFORD
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62729, Appeal of Assured Information Security, Inc., rendered in conformance with the Board's Charter.

Dated: August 4, 2022

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals